IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**YXRAY GMBH**                                                                                   **PLAINTIFF**

v.                                    **Case No. 4:10-cv-722-DPM**

**WELSPUN TUBULAR LLC**                                                       **DEFENDANT**

ORDER

Amanda Wofford — counsel for Welspun — may bring her cell phone (including a smart phone) and laptop computer into the courthouse. The phone may be used as needed outside of any courtroom. When inside the courtroom, the cell phone must be turned off. Putting the cell phone on "vibrate" or "silent" is unacceptable. No phone or computer may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 July 2011