IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YXRAY GMBH                                                                      PLAINTIFF

v.                          Case No. 4:10-cv-722-DPM

WELSPUN TUBULAR LLC                                                DEFENDANT

ORDER

The Court will hold a pre-trial hearing on 1 September 2011 at 9:00 a.m. Expedited response to the motion for leave, *Document No. 41*, due by 26 August 2011. Reply due by 30 August 2011. The Court requests the parties to address *QHG of Springdale, Inc. v. Archer*, 2009 Ark. App. 692 (*en banc*).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 August 2011