IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**YXRAY GMBH**  PLAINTIFF

v.  No. 4:10-cv-722-DPM

**WELSPUN TUBULAR LLC**  DEFENDANT

ORDER

This case is first out for trial starting 4 September 2012. All pre-trial filings appear to have been made and the Court has decided the motions in limine. Do the parties want to try and resolve their differences in a mediation before Magistrate Judge Deere? If so, by 22 June 2012 they should request a conference. This case is just shy of two years old. It needs to be concluded one way or the other. Though trial has had to be moved several times for various reasons, the September 4th date will stick.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2012