IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YXRAY GMBH                                                            PLAINTIFF

v.                              No. 4:10-cv-722-DPM

WELSPUN TUBULAR LLC                                         DEFENDANT

ORDER

J. Andrew Vines's motion to withdraw as YXRAY's attorney, *Document No. 59*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2012