IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**YXRAY GmbH**                                              **PLAINTIFF/
COUNTER-DEFENDANT**

v.                      No. 4:10-cv-722-DPM

**WELSPUN TUBULAR LLC**                     **DEFENDANT/
COUNTER-PLAINTIFF**

## JUDGMENT

YXRAY's claims and Welspun's counterclaims are dismissed with prejudice pursuant to the parties' settlement agreement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2012