IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YXRAY GmbH                                                    PLAINTIFF/
                                                    COUNTER-DEFENDANT

v.                        No. 4:10-cv-722-DPM

WELSPUN TUBULAR LLC                                  DEFENDANT/
                                                    COUNTER-PLAINTIFF

JUDGMENT

YXRAY's claims and Welspun's counterclaims are dismissed with prejudice pursuant to the parties' settlement agreement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2012